UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  WA:21-CR-00128(1)-ADA |
| § | |
| (1) CODY RAMON ROBERT NOLAN § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  November 4, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) CODY RAMON ROBERT NOLAN, which alleged that Nolan violated a condition of his supervised release and recommended that Nolan 's supervised release be revoked (Clerk's  Document No. 73). A warrant issued and Nolan was arrested.  On November 12, 2025, Nolan appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Nolan appeared before the magistrate judge on November 25, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on November 26, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Nolan, the magistrate judge recommends that this court continue Nolan supervised release.   The magistrate judge recommends the additional following special conditions: participating in in-patient substance abuse treatment as determined by the probation officer. That the defendant is to stay in custody until a bed is available in an in-patient treatment facility. Finally, the undersigned RECOMMENDS that if the defendant commits a future violation of the terms of supervised release, the defendant is to be brought before the undersigned for any hearing on the violation, if possible.(Clerk's Document No. 85).

    A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b).   A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

    On November 25, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To

Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 84). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 85 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) CODY RAMON ROBERT NOLAN's term of supervised release is hereby CONTINUED. In addition, defendant Nolan shall comply with the following special conditions: The defendant shall participate in in-patient substance abuse treatment as determined by the probation officer. The defendant shall stay in custody, until a bed is available in an in-patient treatment facility. Finally, if it is possible, and the defendant commits a future violation of the terms of supervised release, the defendant is to be brought before the Honorable Derek T. Gilliland for any hearing on the violation.

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 2nd day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE